UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GOGOCAST, INC.

    v.

LG ELECTRONICS U.S.A., INC.,          CA 12-524 ML
LG ELECTRONICS, INC. And
AVNET, INC.

AVNET, INC.

    v.

GOGOCAST, INC.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on May 12, 2014 (Docket #41). No objection has been filed and the time for doing so has passed. This Court has reviewed the Report and Recommendation and agrees with the conclusions and recommendation of the Magistrate Judge.

Accordingly, the Court adopts the Report and Recommendation. Defendant/ Counterclaim-Plaintiff Avnet's Motion for Summary Judgment (Docket #29) is GRANTED. Counsel for Avnet is directed to file a judgment for $255,063 plus contractual interest plus attorney fees and collection costs on or before June 16, 2014.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
June 2, 2014